|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Brian E. Caine, Esq.<br>PARKER McCAY P.A.<br>9000 Midlantic Drive; Suite 300<br>Mt. Laurel, New Jersey 08054<br>(856) 985-4059<br>Attorney for Bank of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust |  |
| In Re:<br><br>Clifford McClendon | Case No. 21-14553-RG<br>Chapter 13<br>Hearing: 5/13/2025<br><br>Judge: Rosemary Gambardella |

## CERTIFICATION OF SERVICE

1. I, Lynne Charlino:

    ☐ represent the _____ in the above-captioned matter.

    ☒ I am the secretary/paralegal for Brian E. Caine of Parker McCay P.A. who represents U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On May 5, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Objection to Debtor's Motion to Reopen Case and proposed order.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 5, 2025

/s/Lynne Charlino
Lynne Charlino

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Clifford McClendon<br>76 Maple Ave<br>Irvington, NJ 07111 | Debtor<br><br>**PROPERTY ADDRESS** | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |