UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on May 13, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Clifford McClendon
68-70 40th Street
Irvington, NJ 07111
ESSEX-NJ
SSN / ITIN: 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
dba 10 Maple Ave LLC

Case No.: 21-14553

Hearing Date: 5/13/25

Judge: MEH

Chapter: 13

Recommended Local Form:    ☐ Followed    ☒ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
Motion to Reopen Case

The relief set forth on the following page is hereby **ORDERED**.

DATED: May 13, 2025

Honorable Mark E. Hall
United States Bankruptcy Judge

A motion or application having been filed on _____April 15,_____, 20 25  by John P. Dell'Italia_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*rev. 8/1/15*