UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:

Clifford McClendon
68-70 40th Street
Irvington, NJ 07111
ESSEX-NJ
SSN / ITIN: 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
dba 10 Maple Ave LLC

Order Filed on May 13, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  21-14553

Hearing Date:  5/13/25

Judge:  MEH

Chapter:  13

Recommended Local Form:    ☐ Followed    ☒ Modified

# ORDER DENYING MOTION OR APPLICATION FOR THE ENTRY OF AN ORDER

Motion to Reopen Case

The relief set forth on the following page is hereby **ORDERED**.

DATED: May 13, 2025

Honorable Mark E. Hall
United States Bankruptcy Judge

A motion or application having been filed on _____April 15,_____, 20 25  by John P. Dell'Italia_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*rev. 8/1/15*

2

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-14553-MEH |
| Clifford McClendon | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 13, 2025 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Clifford McClendon, 68-70 40th Street, Irvington, NJ 07111 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2025              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2Acquisition Trust c/o U.S. Bank Trust National Association ajennings@hillwallack.com |
| Brian E Caine | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2Acquisition Trust c/o U.S. Bank Trust National Association bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Bruce W. Radowitz | on behalf of Debtor Clifford McClendon torreso78@gmail.com  r45676@notify.bestcase.com |
| Douglas J. McDonough | on behalf of Creditor Bank of America  National Association dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Francis J. Ballak | on behalf of Creditor City of East Orange francis@gmslaw.com |
| Francis J. Ballak | on behalf of Creditor Township of Irvington francis@gmslaw.com |
| Jeffrey Lester | jlester@bllaw.com  NJ19@ecfcbis.com |
| Jeffrey Lester | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 13, 2025 | Form ID: pdf903 | Total Noticed: 1 |

    on behalf of Trustee Jeffrey Lester jlester@bllaw.com NJ19@ecfcbis.com

John P. Dell'Italia
    on behalf of Interested Party John P Dell'Italia johnpdell@aol.com Thegreycliffs@gmail.com

Jonathan C. Schwalb
    on behalf of Creditor Fay Servicing  LLC as servicer for Civic Real Estate Holdings III, LLC bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Keith A. Bonchi
    on behalf of Creditor Township of Irvington keith@gmslaw.com

Keith A. Bonchi
    on behalf of Creditor City of East Orange keith@gmslaw.com

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Marie-Ann Greenberg
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Matthew K. Fissel
    on behalf of Creditor WELLS FARGO BANK  N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Michelle Labayen
    on behalf of Attorney Michelle Labayen mlabayen@hermanlaw.com michelle.a.labayen@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
    on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com

TOTAL: 19