Form tsntc

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−14553−MEH
Chapter:  7
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Clifford McClendon
dba Wall Street Development & Invest Co,
dba 42−44 Maple Avenue LLC, dba 19
Maple Ave LLC, dba 71 Maple LLC, dba
46 Maple Avenue LLC, dba 45 Maple Ave
LLC, dba 68−70 40th Street LLC, fka
Clifford Rodney McClendon
68−70 40th Street
Irvington, NJ 07111

Social Security No.:
xxx−xx−7573

Employer's Tax I.D. No.:

### Notice That a Transcript Has Been Filed

You are Noticed that a Transcript has been filed on 7/29/26. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: July 29, 2026
JAN:

Jeanne Naughton
Clerk