**Metropolitan Commercial Bank** ~~VOID AFTER 90 DAYS~~ VOID AFTER 90 DAYS      106

New York, NY      1335 / 0260

Phone: 212-365-6739 for Ebanking

TID #520070

| Case | Debtor |
|---|---|
| 21-14553 RG | MCCLENDON, CLIFFORD |
| 3910422071 | |
| Combined Check for Claims# 12,121 | |

JEFFREY A. LESTER, TRUSTEE
BRAVERMAN & LESTER
374 MAIN STREET
HACKENSACK NJ 07601

Date 11/18/2022      $ ******82,674.43

~~~Eighty-Two Thousand Six Hundred Seventy-Four Dollars and 43/100

Pay to the Order of   Selene Finance, LP
Attn: BK Dept
3501 Olympus Blvd., Suite 500
Dallas TX 75019      NOV 2 3 2022

JEFFREY A. LESTER, TRUSTEE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
For Deposit Only
Selene Finance LP
1503088408

| 4330000149256 | | 10/18 | MTG | 360 $0 | | | | | | XP/TU/EF |
| REAL ESTATE MORTGAGE; FIXED RATE | | | | | | | | | | |

| B B WFHM | 02/23 | 10/03 | $108000 | $0 | $0 | 78 | 1 | 4 | 13 | M1 |
| ▓▓▓▓▓▓▓ | | 11/22 | MTG | 1188 $0 | | | | | | XP/TU/EF |

Late Dates: 3/20-120, 2/20-120, 1/20-120, 12/19-120, 11/19-120, 10/19-120, 9/19-120, 8/19-120, 7/19-120, 1/19-120
ACCOUNT TRANSFERRED OR SOLD; FANNIE MAE ACCOUNT

COLLECTION ACCOUNTS

| E C O A | W H O S E | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |
| B B | | BANKAMERICA 0410585600 | 08/22 | 06/07 10/20 | $100000 MTG | $0 - | - | 24 | 4 | 7 | 6 | BANKRUPTCY XP/TU/EF |

Late Dates: 5/21-150+ (See status), 4/21-150+, 3/21-150+, 2/21-120, 1/21-90, 12/20-60, 11/20-30, 8/20-30
CHAPTER 7 BANKRUPTCY; HOME EQUITY LOAN

| B B | | SELENE FINAN ▓▓▓▓▓▓▓▓▓ | 07/23 | 06/07 02/23 | $100000 MTG | - - | - | 11 | 0 | 0 | 0 | BANKRUPTCY XP/TU |

CHAPTER 7 BANKRUPTCY; HOME EQUITY LOAN

| B B | | SELENEFIN ▓▓▓▓▓ | 06/21 | 06/07 06/21 | - MTG | - - | - | - | - | - | - | BANKRUPTCY EF |

BANKRUPTCY CHAPTER 7; HOME EQUITY; BANKRUPTCY DISCHARGED

OTHER CREDIT HISTORY
*** NONE ***

INQUIRIES (LAST 120 DAYS)

| XP | B | 02/06/24 | SANTANDER CONSUMER USA | FINANCE |
| XP | B | 02/06/24 | ALLY FINANCIAL | FINANCE |
| XP | B | 02/06/24 | NOWCOM/WESTLAKE FINANC | AUTOMOTIVE |
| XP/EF | B | 02/06/24 | CAPITAL ONE AUTO FIN | FINANCE |
| XP | B | 02/06/24 | NCCINC/ENT CAR SALES I | AUTOMOTIVE |
| TU | B | 02/06/24 | JPMCB AUTO | BANKING |
| TU | B | 02/06/24 | COAF | FINANCE |
| EF | B | 02/06/24 | AMERICAN CREDIT ACCE | FINANCE |

PUBLIC RECORDS

| B B US BKPT CT NJ NEWARK | File Date: 06/21 | Plaintiff: |
| Docket #: 2114553RG | Amount: - | Action Type: CHAPTER 7 BANKRUPTCY |
| Source: XP/TU/EF | Status Date: 08/23 | Status: DISCHARGED |
| *** -DSP-06/23 | | |

This information is based upon the available identifying information available in the public record and may not be accurate. It is your responsibility to use additional information to determine whether this information is related to the individual who is the subject of this report.

TRADE SUMMARY

The merge process is automated and the report may include some duplications and/or omissions. Inquiries regarding any disputed items should be directed to XACTUS FORMERLY CREDIT PLUS customer service.

| | # | BALANCE | HIGH CREDIT | PAYMENTS | PAST DUE |
|---|---|---|---|---|---|
| MORTGAGE | 6 | 0 | 0 | 0 | 0 |
| AUTO | 0 | 0 | 0 | 0 | 0 |
| EDUCATION | 0 | 0 | 0 | 0 | 0 |
| OTHER INSTALLMENT | 0 | 0 | 0 | 0 | 0 |

 selene

ANNUAL TAX AND INTEREST
STATEMENT 1098-2023

3501 Olympus Boulevard
Suite 500
Coppell, TX 75019
Return Service Requested

**Principal Balance**

| | |
|---|---|
| Current Payment | $861.70 |
| Ending Balance | $31,298.68 |
| Principal Applied | $46,626.47 |

30950002
CLIFFORD R MCCLENDON
APT 3
76 MAPLE AVE
IRVINGTON, NJ  07111

☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-1380 | Mortgage Interest Statement |
|---|---|---|---|
| Selene Finance L.P<br>3501 Olympus Boulevard<br>Suite 500<br>Coppell, TX 75019<br><br>(877)735-3637 | | Form **1098**<br>(Rev. January 2022)<br>For calendar year<br>20 23 | |
| | 1 Mortgage interest received from payer(s)/borrower(s)*<br>$10,226.19 | | **Copy B** |
| RECIPIENT'S/LENDER'S TIN   PAYER'S/BORROWER'S TIN | 2 Outstanding mortgage principal<br>$77,925.15 | 3 Mortgage origination date<br>06/11/2007 | **For Payer/Borrower**<br>The information in boxes 1 through 9 and 11 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item. |
| | 4 Refund of overpaid interest<br>$0.00 | 5 Mortgage insurance premiums<br>$0.00 | |
| PAYER'S/BORROWER'S name<br><br>CLIFFORD R MCCLENDON | 6 Points paid on purchase of principal residence<br>$0.00 | | |
| Street address (including apt. no.)<br><br>APT 3<br>76 MAPLE AVE | 7 ☐ If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8. | | |
| City or town, state or province, country, and ZIP or foreign postal code<br><br>IRVINGTON, NJ  07111 | 8 Address or description of property securing mortgage<br><br>76 MAPLE AVE<br>IRVINGTON NJ 07111 | | |
| 9 Number of properties securing the mortgage | 10 Other<br>$0.00 | | |
| Account number (see instructions)<br>██████████   Home Equity | | | 11 Mortgage acquisition date |

Form **1098** (Rev. 1-2022)         (Keep for your records)         www.irs.gov/Form1098     Department of the Treasury - Internal Revenue Service