Form tsntc

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−14553−MEH
Chapter:  7
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Clifford McClendon
dba Wall Street Development & Invest Co,
dba 42−44 Maple Avenue LLC, dba 19
Maple Ave LLC, dba 71 Maple LLC, dba
46 Maple Avenue LLC, dba 45 Maple Ave
LLC, dba 68−70 40th Street LLC, fka
Clifford Rodney McClendon
68−70 40th Street
Irvington, NJ 07111

Social Security No.:
   xxx−xx−7573

Employer's Tax I.D. No.:

### Notice That a Transcript Has Been Filed

You are Noticed that a Transcript has been filed on 7/29/26. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: July 29, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                 Case No. 21-14553-MEH

Clifford McClendon                                                                      Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 29, 2026 | Form ID: tsntc | Total Noticed: 10 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Clifford McClendon, 68-70 40th Street, Irvington, NJ 07111 |
| cr | + | City of East Orange, AnnMarie Corbitt, CTC, 44 City Hall Plaza, East Orange, NJ 07018-4502 |
| cr | + | Fay Servicing, LLC as servicer for Civic Real Esta, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| intp | + | John P Dell'Italia, 18 Tony Galento Plaza, Orange, NJ 07050-2611 |
| r | + | Michelle Cooper, RE/MAX First Realty II, 409 North Avenue East, Clifton, NJ 07016-2495 |
| cr | + | Township of Irvington, Beverly Baytops, CTC, One Civic Square, Irvington, NJ 07111-2997 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jul 29 2026 21:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 29 2026 21:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| intp | Email/Text: BNC@magtrustee.com | Jul 29 2026 21:02:00 | Marie-Ann Greenberg, 30 Two Bridges Road, Suite 330, Fairfield, NJ 07004-1550 |
| cr | + Email/Text: RASEBN@raslg.com | Jul 29 2026 21:01:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| r | | John Marmaras, Esq. |
| aty | ##+ | Michelle Labayen, Law Office of Michelle Labayen, 24 Commerce Street, suite 1300, Newark, NJ 07102-4005 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 29, 2026 | Form ID: tsntc | Total Noticed: 10

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2026 at the address(es) listed below:**

**Name** | **Email Address**

Aleisha Candace Jennings
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2Acquisition Trust c/o U.S. Bank Trust National Association aleisha.jennings@mccalla.com, mccallaecf@ecf.courtdrive.com

Brian E Caine
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2Acquisition Trust c/o U.S. Bank Trust National Association bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Bruce W. Radowitz
on behalf of Debtor Clifford McClendon torreso78@gmail.com  r45676@notify.bestcase.com

Douglas J. McDonough
on behalf of Creditor Bank of America  National Association dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com

Francis J. Ballak
on behalf of Creditor City of East Orange francis@gmslaw.com

Francis J. Ballak
on behalf of Creditor Township of Irvington francis@gmslaw.com

Jeffrey Lester
jlester@bllaw.com  NJ19@ecfcbis.com

Jeffrey Lester
on behalf of Trustee Jeffrey Lester jlester@bllaw.com  NJ19@ecfcbis.com

John P. Dell'Italia
on behalf of Interested Party John P Dell'Italia johnpdell@aol.com  Thegreycliffs@gmail.com

Jonathan C. Schwalb
on behalf of Creditor Fay Servicing  LLC as servicer for Civic Real Estate Holdings III, LLC bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Keith A. Bonchi
on behalf of Creditor Township of Irvington keith@gmslaw.com

Keith A. Bonchi
on behalf of Creditor City of East Orange keith@gmslaw.com

Margaret Mcgee
on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Marie-Ann Greenberg
on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Matthew K. Fissel
on behalf of Creditor WELLS FARGO BANK  N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Michelle Labayen
on behalf of Attorney Michelle Labayen michelle.a.labayen@gmail.com  michelle.a.labayen@gmail.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com

TOTAL: 19