**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**John P. Dell'Italia, Esq.**
**Dell'Italia & Santola**
**18 Tony Galento Plaza**
**Orange, NJ 07050**
**(973) 672-8000**
**JPD1617**

**In Re:**

**CLIFFORD MCCLENDON**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**CHAPTER 7**

**CASE NO: 21-14553 JKS**

**ORDER**

The relief set forth on the following pages numbered 2 through 2 is hereby **ORDERED:**

**Dated:** ____________________________

____________________________________________
**Honorable John K. Sherwood**
**United States Bankruptcy Court**

Debtor: Clifford McClendon

Case: 21-14553

Caption of Order: ORDER TO REDACT PERSONAL IDENTIFIERS

**THIS MATTER** having been opened to the Court by John P. Dell'Italia on behalf of ("debtor") Clifford Mcclendon and the Court having considered the Motion to Replace documents with redacted documents and for good cause shown;

IT IS on this ________ day of ____________, 2026, ORDERED:

**ORDERED** that the debtors unredacted documents:

**Account number of Trustee Jeffrey Lester**

**Debtors account number on Credit Report**

**Debtors Mortgage Account number on 1098-2023**

Are hereby replaced with the redacted documents removing the personal identifiers and it is

**ORDERED** any such other relief as the Court deems equitable and just