**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**John P. Dell'Italia, Esq.**
**Dell'Italia & Santola**
**18 Tony Galento Plaza**
**Orange, NJ 07050**
**(973) 672-8000**
**JPD1617**

Order Filed on September 3, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**In Re:**

**CLIFFORD MCCLENDON**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**CHAPTER 7**

**CASE NO: 21-14553 MEH**

# ORDER

The relief set forth on the following pages numbered 2 through 2 is hereby **ORDERED:**

**DATED: September 3, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor: Clifford McClendon

Case: 21-14553

Caption of Order: ORDER TO REDACT PERSONAL IDENTIFIERS

**THIS MATTER** having been opened to the Court by John P. Dell'Italia on behalf of ("debtor") Clifford Mcclendon and the Court having considered the Motion to Replace documents with redacted documents and for good cause shown;

IT IS on this 3rd day of September, 2026, ORDERED:

**ORDERED** that the debtors unredacted documents:

**Account number of Trustee Jeffrey Lester**

**Debtors account number on Credit Report**

**Debtors Mortgage Account number on 1098-2023**

Are hereby replaced with the redacted documents removing the personal identifiers and it is

**ORDERED** any such other relief as the Court deems equitable and just