**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**John P. Dell'Italia, Esq.**
**Dell'Italia & Santola**
**18 Tony Galento Plaza**
**Orange, NJ 07050**
**(973) 672-8000**
**JPD1617**

**Order Filed on September 3, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**In Re:**

**CLIFFORD MCCLENDON**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**CHAPTER 7**

**CASE NO: 21-14553 MEH**

## ORDER

The relief set forth on the following pages numbered 2 through 2 is hereby **ORDERED:**

**DATED: September 3, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor: Clifford McClendon

Case: 21-14553

Caption of Order: ORDER TO REDACT PERSONAL IDENTIFIERS

**THIS MATTER** having been opened to the Court by John P. Dell'Italia on behalf of ("debtor") Clifford Mcclendon and the Court having considered the Motion to Replace documents with redacted documents and for good cause shown;

IT IS on this 3rd day of September, 2026, ORDERED:

**ORDERED** that the debtors unredacted documents:

**Account number of Trustee Jeffrey Lester**

**Debtors account number on Credit Report**

**Debtors Mortgage Account number on 1098-2023**

Are hereby replaced with the redacted documents removing the personal identifiers and it is

**ORDERED** any such other relief as the Court deems equitable and just

United States Bankruptcy Court
District of New Jersey

In re:
Clifford McClendon
Debtor

Case No. 21-14553-MEH
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 2
Date Rcvd: Sep 03, 2026 | Form ID: pdf903 | Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Clifford McClendon, 68-70 40th Street, Irvington, NJ 07111 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2Acquisition Trust c/o U.S. Bank Trust National Association aleisha.jennings@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Brian E Caine | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2Acquisition Trust c/o U.S. Bank Trust National Association bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Bruce W. Radowitz | on behalf of Debtor Clifford McClendon torreso78@gmail.com r45676@notify.bestcase.com |
| Douglas J. McDonough | on behalf of Creditor Bank of America National Association dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Francis J. Ballak | on behalf of Creditor City of East Orange francis@gmslaw.com |
| Francis J. Ballak | on behalf of Creditor Township of Irvington francis@gmslaw.com |
| Jeffrey Lester | on behalf of Trustee Jeffrey Lester jlester@bllaw.com NJ19@ecfcbis.com |

| | |
|---|---|
| Jeffrey Lester | jlester@bllaw.com NJ19@ecfcbis.com |
| John P. Dell'Italia | on behalf of Debtor Clifford McClendon johnpdell@aol.com Thegreycliffs@gmail.com |
| John P. Dell'Italia | on behalf of Interested Party John P Dell'Italia johnpdell@aol.com Thegreycliffs@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor Fay Servicing LLC as servicer for Civic Real Estate Holdings III, LLC bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Keith A. Bonchi | on behalf of Creditor Township of Irvington keith@gmslaw.com |
| Keith A. Bonchi | on behalf of Creditor City of East Orange keith@gmslaw.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor WELLS FARGO BANK N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Michelle Labayen | on behalf of Attorney Michelle Labayen michelle.a.labayen@gmail.com michelle.a.labayen@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | on behalf of Creditor Bank of America N.A. ecf@powerskirn.com |

TOTAL: 20